IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILHY HARPO,

                Plaintiff,

v.                               1:16-cv-1065-WSD

FULTON COUNTY SUPERIOR
COURT,

                Defendant.

## OPINION AND ORDER

This matter is before the Court on Plaintiff Wilhy Harpo's ("Plaintiff") Application for Leave to Proceed *In Forma Pauperis* [1] (the "Application").

On March 31, 2016, Plaintiff filed his Application and his "Emergency Petition for Automatic Stay & Petition for Temporary Restraining Order & Petition for Permanent Injunction & Petition for Declaratory Judgment & Petition for Mandamus" [1.1] ("Petition").  Because Plaintiff is a frequent filer of frivolous lawsuits, the Court has previously ordered Plaintiff "to disclose his full litigation history in any civil rights complaint and/or [IFP] affidavit that he files."  See Harpo v. City of Atlanta, No. 1:14-cv-2157-WSD (N.D. Ga. 2014) (ECF No. 2 at 1-2); Harpo v. Fulton Cty. Sheriff, No. 1:14-cv-2208-WSD (N.D. Ga. 2014) (ECF No. 2 at 1-2).

Under Local Rule 41.3(A)(2), "[t]he court may, with or without notice to the parties, dismiss a civil case for want of prosecution if: . . . [a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case." LR 41.3(A)(2), NDGa. Plaintiff did not disclose his full litigation history in his Application or Petition. The Court's prior Orders, and the fact that other actions filed by Plaintiff have been dismissed for Plaintiff's failure to comply with the Court's prior Orders, put Plaintiff on notice that he was required to disclose his full litigation history in his Application. See Hollis, et. al. v. Baxter, No. 1:15-cv-2194-WSD (N.D. Ga. 2015) (ECF No. 6 at 4). Plaintiff's failure to comply with the Court's prior Orders warrants dismissal of this action. See LR 41.3(A)(2), NDGa.

Accordingly, for the foregoing reasons,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a lawful order of the Court pursuant to Local Rule 41.3(A)(2).

**SO ORDERED** this 1st day of April, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE